**Motion to Strike Granted and Order filed March 26, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00012-CV
_____

### SHANNON MARK DOUTHIT, Appellant

### V.

### JOHN WEST, TRAVIS TURNER, ROBERT HERRERA, PAUL B. WILDER, TAROLYN B. AMERSON, AND KENNETH S. GILBERT, Appellees

**On Appeal from the 506th District Court
Grimes County, Texas
Trial Court Cause No. 34705**

## ORDER

On January 30, 2020, appellant filed a brief and a motion to suspend Rule 9.3(a)(1) to permit him to file his brief with an appendix of evidentiary exhibits and to file only one copy of his brief. *See* Tex. R. App. P. 9.3(a)(1). On February 13, 2020, appellees filed a motion to deny appellant's request to suspend Rule 9.3(a)(1), as to the appendix, and strike appellant's brief.

Appellant's brief is not in compliance with the Texas Rules of Appellate Procedure. Specifically, the brief fails to make appropriate citations to the record. *See* Tex. R. App. P. 38.1(i). Appellant's brief was filed before the clerk's record, which was filed on February 18, 2020. Appellant filed a second brief on March 18, 2020. However, it also fails to contain citations to the record.

Accordingly, appellees' motion to strike is GRANTED and we order appellant's briefs filed January 30, 2020, and March 18, 2020, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within thirty (30) days** of the date of this order. *See* Tex. R. App. P. 38.1.

Appellant's request to file one copy of his brief is granted. *See* Tex. R. App. 2, 9.3(a)(1). Appellant's request to file his brief with an appendix of evidentiary exhibits that are not included in the clerk's record is denied.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Poissant.